■ In the Matter of TIMOTHY L.—Motion for stay and for leave to appeal to the Court of Appeals granted and the following question certified: "Was the order of this court, which reversed the order of the Family Court of the State of New York, properly made?" Concur—Murphy, P. J., Sullivan, Asch, Milonas and Wallach, JJ.

■ In the Matter of NORMAN STIER, a Disbarred Attorney.—Motion to stay effective date of disbarment denied. Concur—Murphy, P. J., Sandler, Milonas, Rosenberger and Smith, JJ.